IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GERALD HALPERN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv343 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES P. O'DONNELL, BRUCE ROHDE, FRANK S. SKLARSKY, MOGENS C. BAY, STEPHEN G. BUTLER, ALICE B. HAYES, W. G. JURGENSEN, CARL E. REICHARDT, DAVID H. BATCHELDER, HOWARD G. BUFFETT, MARK H. RAUENHORST, JOHN T. CHAIN JR., RONALD W. ROSKENS, KENNETH E. STINSON, STEVEN F. GOLDSTONE, ROBERT KRANE, and CONAGRA FOODS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 36 be stricken from the record for the following reason:

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 36 from the record.

DATED this 24th day of October, 2005.

BY THE COURT:

s/ Lyle E. Strom
United States District Judge