IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
_____
IN RE CONAGRA FOODS, INC.      )
DERIVATIVE LITIGATION          )
_____)
SHAWN VAN HEES, Derivatively   )
on behalf of CONAGRA FOODS,    )
INC.,                          )
                               )
           Plaintiff,          )          8:05CV342
                               )
       v.                      )
                               )
JAMES P. O'DONNELL, BRUCE      )
ROHDE, FRANK S. SKLARSKY,      )
MOGENS C. BAY, STEPHEN G.      )
BUTLER, ALICE B. HAYES, W.G.   )
JURGENSEN, CARL E. REICHARDT,  )
DAVID H. BATCHELDER, HOWARD G. )
BUFFETT, MARK H. RAUENHORST,   )
JOHN T. CHAIN, JR., RONALD W.  )
ROSKENS, KENNETH E. STINSON,   )
STEVEN F. GOLDSTONE and        )
ROBERT KRANE,                  )
                               )
           Defendants.         )
                               )
       and                     )
                               )
CONAGRA FOODS, INC., A         )
Delaware corporation,          )
                               )
           Nominal Defendant.  )
_____)
GERALD HALPERN, Derivatively   )
on behalf of CONAGRA FOODS,    )
INC.,                          )
                               )
           Plaintiff,          )          8:05CV343
                               )
       v.                      )
                               )
JAMES P. O'DONNELL, BRUCE      )
ROHDE, FRANK S. SKLARSKY,      )
MOGENS C. BAY, STEPHEN G.      )
BUTLER, ALICE B. HAYES, W.G.   )
JURGENSEN, CARL E. REICHARDT,  )
```

```
DAVID H. BATCHELDER, HOWARD G. )
BUFFETT, MARK H. RAUENHORST,   )
JOHN T. CHAIN, JR., RONALD W.  )
ROSKENS, KENNETH E. STINSON,   )
STEVEN F. GOLDSTONE and        )
ROBERT KRANE,                  )
                               )
          Defendants.          )
                               )
          and                  )
                               )
CONAGRA FOODS, INC., A         )
Delaware corporation,          )
                               )
          Nominal Defendant.   )
_____)
CHARLES ZIMMERMAN,             )
Derivatively on behalf of      )
CONAGRA FOODS, INC.,           )
                               )
          Plaintiff,           )         4:05CV3183
                               )
          v.                   )
                               )
JAMES P. O'DONNELL, BRUCE      )         ORDER
ROHDE, FRANK S. SKLARSKY,      )
MOGENS C. BAY, STEPHEN G.      )
BUTLER, ALICE B. HAYES, W.G.   )
JURGENSEN, CARL E. REICHARDT,  )
DAVID H. BATCHELDER, HOWARD G. )
BUFFETT, MARK H. RAUENHORST,   )
JOHN T. CHAIN, JR., RONALD W.  )
ROSKENS, KENNETH E. STINSON,   )
STEVEN F. GOLDSTONE and        )
ROBERT KRANE,                  )
                               )
          Defendants.          )
                               )
          and                  )
                               )
CONAGRA FOODS, INC., A         )
Delaware corporation,          )
                               )
          Nominal Defendant.   )
_____)
```

This matter is before the Court on the motion to withdraw as counsel of record by Leo A. Knowles (Filing No. 48 8:05CV342; Filing No. 45 in 8:05CV343; Filing No. 40 in 4:05CV3183). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED the motion to withdraw as counsel of record is granted. Leo A. Knowles is deemed withdrawn as counsel of record for the nominal defendant ConAgra.

DATED this 23rd day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court